John B. Orenstein
**ROSS & ORENSTEIN LLC**
222 South 9th Street, Suite 470
Minneapolis, Minnesota  55402
Telephone:  612-436-9800
Facsimile:  612-436-9819
jorenstein@rossbizlaw.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT GROUP HOLDINGS, INC. Securities Litigation | MDL No. 2052<br><br>09-md-2052 (TPG) |
| ALAN BILGORE, DARTERS INVESTMENTS, LLP, BONNIE FENSTER, JAMIE FENSTER, KENNETH FENSTER, LARRY FENSTER, DR. STEWART GORENBERG, DR. MARVIN HANS, MURRAY HAZAN, DR. DANIEL KASE, ROSLYN KASE, STEVEN LEFLER, ANITA MILLER, IRA MILLER, JEROME MILLER, ALLEN SCHANMAN, SUSAN SCHANMAN, ALAN SCHEFER, DEBRA SCHEFER, HARRY SILVERMAN, SOIEFER BROTHERS REALTY CORPORATION, and DONALD YELLIN<br><br>Plaintiffs,<br><br>v.<br><br>TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE SELECT BROAD MARKET FUND, L.P., RYE SELECT BROAD MARKET PRIME FUND, L.P., RYE SELECT BROAD MARKET XL FUND, L.P., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, MASSMUTUAL HOLDING COMPANY, OPPENHEIMER ACQUISITION CORP., and KPMG LLP,<br><br>Defendants. | 12-cv-09061 (TPG)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF FILED |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that John B. Orenstein, an attorney admitted to practice before this court, hereby appears as counsel for all Plaintiffs in the above captioned matter.

PLEASE TAKE FURTHER NOTICE that all papers and documents shall be served at the address below:

John B. Orenstein<br>
Ross & Orenstein LLC<br>
222 South Ninth Street<br>
Suite 470<br>
Minneapolis, MN 55402

Dated: Minneapolis, MN
February 4, 2013

**ROSS & ORENSTEIN LLC**

___s/John Orenstein_____
John Orenstein
Ross & Orenstein LLC
222 South Ninth Street
Suite 470
Minneapolis, MN 55402