Gruesa, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/13

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE  :  Master File No.
LAW AND INSURANCE LITIGATION         :  08 Civ. 11117 (TPG)
------------------------------------
                                     :
SPECTRUM SELECT, L.P.,               :
                                     :  12 Civ. 9057 (TPG)
            Plaintiff,               :
                                     :  ECF CASES
        - against -                  :  Electronically Filed
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                     :
            Defendants.              :
                                     :
------------------------------------
                                     :
ALBERT ANIKSTEIN, et al.,            :  12 Civ. 9058 (TPG)
                                     :
            Plaintiffs,              :
                                     :
        - against -                  :
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                     :
            Defendants.              :
                                     :
------------------------------------
                                     :
MICHAEL BECKER, et al.,              :  12 Civ. 9060 (TPG)
                                     :
            Plaintiffs,              :
                                     :
        - against -                  :
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                     :
            Defendants.              :
                                     :
[CAPTION CONTINUED ON NEXT PAGE]
------------------------------------x

```
------------------------------------x
                                    :
ALAN BILGORE, et al.,               :     12 Civ. 9061 (TPG)
                                    :
              Plaintiffs,           :
                                    :
       - against -                  :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
              Defendants.           :
                                    :
------------------------------------
                                    :
KARASEL II, L.P., et al.,           :     12 Civ. 9062 (TPG)
                                    :
              Plaintiff,            :
                                    :
       - against -                  :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
              Defendants.           :
                                    :
------------------------------------
                                    :
SPECTRUM SELECT LL, L.P. and SPECTRUM :   12 Civ. 9063 (TPG)
EQUITIES, L.P.,                     :
                                    :
              Plaintiffs,           :
                                    :
       - against -                  :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
              Defendants.           :
[CAPTION CONTINUED ON NEXT PAGE]
------------------------------------x
```

---------------------------------x
                                 :
ROBERT COCCHI, *et al.*,         :    12 Civ. 9064 (TPG)
                                 :
Plaintiff,                       :
                                 :
- against -                      :
                                 :
TREMONT GROUP HOLDINGS, INC., et al., :
                                 :
            Defendants.          :
                                 :
---------------------------------x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties hereto as follows:

1. The time for Plaintiffs to file papers in opposition to the motion by Defendants Tremont Group Holdings, Inc. and Tremont Partners, Inc. (the "Tremont Defendants") for judgment on the pleadings shall be and hereby is adjourned from February 11, 2013 until February 18, 2013.

2. The time for the Tremont Defendants to file reply papers in further support of their motion for judgment on the pleadings shall be and hereby is adjourned from February 21, 2013 until March 5, 2013.

This Court has not granted any prior adjournments of the parties' time with respect to the Tremont Defendants' motion for judgment on the pleadings.

3

Dated: February 6, 2013

*[signature]*

John B. Orenstein
jorenstein@rossbizlaw.com
ROSS & ORENSTEIN LLC
222 South Ninth Street, Suite 470
Minneapolis, Minnesota 55402
(612) 436-9800

*Counsel for Plaintiffs*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants
Tremont Group Holdings, Inc. and
Tremont Partners, Inc.*

**SO ORDERED**

_____
United States District Court Judge

Dated: February 6, 2013

_____
John B. Orenstein
jorenstein@rossbizlaw.com
ROSS & ORENSTEIN LLC
222 South Ninth Street, Suite 470
Minneapolis, Minnesota 55402
(612) 436-9800

*Counsel for Plaintiffs*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants
Tremont Group Holdings, Inc. and
Tremont Partners, Inc.*

SO ORDERED

_____
United States District Court Judge

2/11/13

4